# CASE REPORT



| **FOREST:** | Cherokee National Forest |
|---|---|
| **DISTRICT:** | Eastern Tennessee |
| **COUNTY:** | Polk |
| **LOCATION:** | 6570 HYW 68 Farner TN |
| **VIOLATION:** | F0K9000F-Q |

## SUBJECTS OF THE INVESTIGATION

| NAME | Robert Dalton |
|---|---|
| ADDRESS | |
| PHONE | |
| DOB | |
| DRIVER'S LICENSE | |

## DETAILS

On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a

weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a while powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and improper display, CFR-261.10(m) failure to stop, Title 18 USC 13 ( TCA-39-16-503) tampering with evidence, Title 18 USC 13 ( TCA 39-17-1324) possession of a firearm during the commission of a dangerous felony. Mr. Dalton was transported to the federal holding facility at the Hamilton County Detention Center in Chattanooga without incident and processed by the Hamilton County Corrections Deputies.

FOK9000F, FOK9000G, FOK9000H, FOK9000I, FOK9000J, FOK9000K, FOK9000L, FOK9000M, FOK9000N, FOK9000O, FOK9000P, FOK9000Q

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000F | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR | USC | STATE CODE |
|---|---|---|---|---|
| 01/24/2026 17:54 | FED 36CFR261.10P | ☒ | ☐ | ☐ |

**Place of Offense:** 6570 HWY 68

**Offense Description: Factual Basis for Charge:** Possession of controlled substance (meth)   HAZMAT ☐

### DEFENDANT INFORMATION

Phone: ███

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Hazel | 5' 10" | 240 |

### VEHICLE
VIN: KNDJT2A26B7287166   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| ███ | TN | 2011 | KIA/SOUL | ☐ | WHITE |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$ 30.00  Processing Fee
Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000G | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR / USC / STATE CODE |
|---|---|---|
| 01/24/2026 17:54 | FED 36CFR261.10Q | |

**Place of Offense:** 6570 HWY 68

**Offense Description; Factual Basis for Charge:** Possession of drug paraphernalia

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:** 4234046672

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

[X] Adult  [ ] Juvenile   Sex [X] M  [ ] F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Hazel | 5' 10" | 240 |

### VEHICLE

**VIN:** KNDJT2A26B7287166   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | TN | 2011 | KIA/SOUL | | WHITE |

**APPEARANCE IS REQUIRED** — A [X] If Box A is checked, you must appear in court. See Instructions.

**APPEARANCE IS OPTIONAL** — B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions.

Forfeiture Amount
$30.00 Processing Fee
Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilla, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000H | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|---|
| 01/24/2026 17:54 | FED 36CFR261.12G | |

**Place of Offense:** 6570 HWY 68

**Offense Description: Factual Basis for Charge:** Reckless Driving  HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** 4234046672

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

☒ Adult ☐ Juvenile | Sex ☒ M ☐ F | Hair: Brown | Eyes: Hazel | Height: 5' 10" | Weight: 240

### VEHICLE
**VIN:** KNDJT2A26B7287166  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | TN | 2011 | KIA/SOUL | | WHITE |

**APPEARANCE IS REQUIRED** | **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$ 30.00 Processing Fee
Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K90001 | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 01/24/2026 17:54
**Offense Charged:** FED 36CFR261.12G
**Place of Offense:** 6570 HWY 68
**Offense Description: Factual Basis for Charge:** Failure to maintain lane
HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** 4234046672
**Last Name:** Dalton
**First Name:** Robert
**M.I.:** D

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F
**Hair:** Brown  **Eyes:** Hazel  **Height:** 5' 10"  **Weight:** 240

### VEHICLE
**VIN:** KNDJT2A26B7287166  CMV ☐
**Tag No.:** [redacted]  **State:** TN  **Year:** 2011  **Make/Model:** KIA/SOUL  PASS ☐  **Color:** WHITE

**APPEARANCE IS REQUIRED** — A ☒ If Box A is checked, you must appear in court.
**APPEARANCE IS OPTIONAL** — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

**Forfeiture Amount:**
**Processing Fee:** $30.00
**Total Collateral Due:**

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____
Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000J | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | [ ] CFR [ ] USC [ ] STATE CODE |
|---|---|---|
| 01/24/2026 17:54 | FED 36CFR261.12G | |

**Place of Offense:** 6570 HWY 68

**Offense Description: Factual Basis for Charge:** No insurance  HAZMAT [ ]

### DEFENDANT INFORMATION
Phone: 4234046672

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

Street Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]  Date of Birth: [redacted]
Drivers License No.: [redacted]  CDL [ ]  D.L. State: TN  Social Security No.: [redacted]

[X] Adult [ ] Juvenile  Sex [X] M [ ] F  Hair: Brown  Eyes: Hazel  Height: 5' 10"  Weight: 240

### VEHICLE
VIN: KNDJT2A26B7287166  CMV [ ]

| Tag No. | State | Year | Make/Model | PASS [ ] | Color |
|---|---|---|---|---|---|
| [redacted] | TN | 2011 | KIA/SOUL | | WHITE |

**APPEARANCE IS REQUIRED** — A [X] If Box A is checked, you must appear in court. See instructions.
**APPEARANCE IS OPTIONAL** — B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$ 30.00  Processing Fee
Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN.

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)  Officer's Signature

[ ] Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000K | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR | USC | STATE CODE |
|---|---|---|---|---|
| 01/24/2026 17:54 | FED 36CFR261.12G | | | |

**Place of Offense:** 6570 HWY 68

**Offense Description: Factual Basis for Charge:** No Registration  HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** 4234046672

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

[X] Adult [ ] Juvenile  Sex [X] M [ ] F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Hazel | 5' 10" | 240 |

### VEHICLE
**VIN:** KNDJT2A26B7287166   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| [redacted] | TN | 2011 | KIA/SOUL | ☐ | WHITE |

**APPEARANCE IS REQUIRED**
A [X] If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$ 30.00 Processing Fee
Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: See case file.

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000L | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|---|
| 01/24/2026 17:54 | FED 36CFR261.12G | |

Place of Offense: 6570 HWY 68

Offense Description: Factual Basis for Charge: Fictitious Tag    HAZMAT ☐

### DEFENDANT INFORMATION
Phone: 4234046672

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

Street Address: [redacted]
City: [redacted] State: [redacted] Zip Code: [redacted] Date of Birth: [redacted]
Drivers License No.: [redacted] CDL ☐ D.L. State: T[redacted] Social Security No.: [redacted]

[X] Adult ☐ Juvenile   Sex [X] M ☐ F   Hair: Brown   Eyes: Hazel   Height: 5' 10"   Weight: 240

### VEHICLE
VIN: KNDJT2A26B7287166    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| [redacted] | TN | 2011 | KIA/SOUL | ☐ | WHITE |

APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL

A [X] If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: 
$ 30.00 Processing Fee
Total Collateral Due: 

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: 

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a while powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026    Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____    Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000M | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 01/24/2026 17:54
**Offense Charged:** FED 36CFR261.12G
**Place of Offense:** 6570 HWY 68
**Offense Description: Factual Basis for Charge:** Brake light out
HAZMAT: ☐

### DEFENDANT INFORMATION
**Phone:** 4234046672
**Last Name:** Dalton
**First Name:** Robert
**M.I.:** D
**Street Address:** [redacted]
**City:** [redacted]
**State:** T[redacted]
**Zip Code:** [redacted]
**Date of Birth:** [redacted]
**Drivers License No.:** [redacted]
**CDL:** ☐
**D.L. State:** [redacted]
**Social Security No.:** [redacted]

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F
**Hair:** Brown  **Eyes:** Hazel  **Height:** 5'10"  **Weight:** 240

### VEHICLE
**VIN:** KNDJT2A26B7287166  CMV ☐
**Tag No.:** [redacted]  **State:** TN  **Year:** 2011  **Make/Model:** KIA/SOUL  PASS ☐  **Color:** WHITE

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL
A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

**Forfeiture Amount:**
**Processing Fee:** $30.00
**Total Collateral Due:**

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1800 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL558553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

☒ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 01/24/2026
Date (mm/dd/yyyy)  Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000N | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR / USC / STATE CODE |
|---|---|---|
| 01/24/2026 17:54 | FED 18USC113 | |

**Place of Offense:** 6570 HWY 68

**Offense Description: Factual Basis for Charge:** Tampering with evidence  HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** 4234046672

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

Street Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]  Date of Birth: [redacted]
Drivers License No.: [redacted]  CDL ☐  D.L. State: TN  Social Security No.: [redacted]

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F  Hair: Brown  Eyes: Hazel  Height: 5'10"  Weight: 240

### VEHICLE
VIN: KNDJT2A26B7287166  CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| [redacted] | TN | 2011 | KIA/SOUL | ☐ | WHITE |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$ 30.00  Processing Fee
Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a while powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)  Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000O | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR | USC | STATE CODE |
|---|---|---|---|---|
| 01/24/2026 17:54 | FED 18USC113 | | | |

**Place of Offense:** 6570 HWY 68

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Possession of a firearm during a dangerous felony

### DEFENDANT INFORMATION
**Phone:** 4234046672

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

Street Address: [redacted]
City: [redacted]   State: T[redacted]   Zip Code: [redacted]   Date of Birth: [redacted]
Drivers License No.: [redacted]   CDL ☐   D.L. State: [redacted]   Social Security No.: [redacted]

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Hair: Brown   Eyes: Hazel   Height: 5' 10"   Weight: 240

### VEHICLE
VIN: KNDJT2A26B7287166   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| [redacted] | TN | 2011 | KIA/SOUL | ☐ | WHITE |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
**$ 30.00** Processing Fee
Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000P | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR | USC | STATE CODE |
|---|---|---|---|---|
| 01/24/2026 17:54 | FED 36CFR261.12G | | | |

Place of Offense: 6570 HWY 68

Offense Description: Factual Basis for Charge: Improper Display of registration — HAZMAT ☐

### DEFENDANT INFORMATION
Phone: 4234046672

| Last Name | First Name | M.I. |
|---|---|---|
| Dalton | Robert | D |

Street Address: [redacted]
City: [redacted] State: T[redacted] Zip Code: [redacted] Date of Birth: [redacted]
Drivers License No.: [redacted] CDL ☐ D.L. State: T[redacted] Social Security No.: [redacted]

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F  Hair: Brown  Eyes: Hazel  Height: 5'10"  Weight: 240

### VEHICLE
VIN: KNDJT2A26B7287166  CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| [redacted] | TN | 2011 | KIA/SOUL | ☐ | WHITE |

APPEARANCE IS REQUIRED — A ☒ If Box A is checked, you must appear in court. See instructions.
APPEARANCE IS OPTIONAL — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: 
Processing Fee: $30.00
Total Collateral Due:

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| TE23 | F0K9000Q | Schoelzel | 2648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 01/24/2026 17:54
**Offense Charged:** FED 36CFR261.10M
**Place of Offense:** 6570 HWY 68
**Offense Description: Factual Basis for Charge:** Failure to stop
HAZMAT: ☐

### DEFENDANT INFORMATION
**Phone:** 4234046672
**Last Name:** Dalton
**First Name:** Robert
**M.I.:** D

Street Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]  Date of Birth: [redacted]
Drivers License No.: [redacted]  CDL: ☐  D.L. State: [redacted]  Social Security No.: [redacted]

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Hair: Brown   Eyes: Hazel   Height: 5'10"   Weight: 240

### VEHICLE
**VIN:** KNDJT2A26B7287166  CMV: ☐
Tag No.: [redacted]  State: TN  Year: 2011  Make/Model: KIA/SOUL  PASS: ☐  Color: WHITE

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See Instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$ 30.00  Processing Fee
Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/24/2026 while exercising my duties as a law enforcement officer in the Eastern District of TN

Pursuant to 16USC 551: On 1/24/2025 at approximately 1545 hours, while patrolling HWY 68 within the boundaries on the Cherokee National Forest, Law Enforcement Officer Aaron DeVore and I were traveling North on HWY 68 and we observed a white Kia Soul with no registration displayed on the vehicle pass us going South. While attempting to catch up to the vehicle I observed the vehicle cross the double yellow line multiple times. Law enforcement Officer DeVore activated his emergency lights and attempted to stop the vehicle. The vehicle then kept travelling North and passed multiple spots to pull over. The vehicle then turned into 6570 Hwy 68 where I observed his driver side brake light was out. The vehicle continued down the gravel driveway and Officer DeVore seen a green object get thrown from the driver's window. The vehicle finally came to a stop and we conducted a high risk stop. The driver later identified as Robert Dalton was detained and placed in the back of the patrol car. Mr. Dalton was asked what he threw out the window and he stated a straw. When asked about the green bag that was thrown from the driver's window, Mr. Dalton stated "it wasn't no green bag, it was a straw". Officer DeVore went down the driveway and retrieved the green object that was seen coming out of the driver's window and it was a glasses case. Inside the green glasses case was a plastic baggie with a white crystal-like substance and 3 pieces of burnt aluminum foil. I Officer Schoelzel read Mr. Dalton his Maranda rights at approximately 1600 hours, and he agreed to answer questions without an attorney present. Officer DeVore asked if the white crystal-like substance was methamphetamine and Mr. Dalton said yes it was meth. While talking to Mr. Dalton, he stated that the vehicle did not have insurance and was not registered and the reason for not stopping is so he could leave the vehicle at 6570 Hwy 68 with a friend and so it did not get towed. Polk County Deputy Arp pulled out a scale and weighed the meth in the plastic bag, and it had a weight of 2.7 grams. I conducted a probable cause search of the vehicle and found 4 more burnt aluminum foil, 2 cut plastic straws and a blue plastic container with a white powder like substance on the inside of the container believed to be a pill crusher and a Taurus G3C 9mm pistol, serial number AGL556553. Laying just outside the driver's door, on the ground, was another cut plastic straw that Mr. Dalton said he threw out the window. I also found a tag of TN 726BQBX displayed behind the back glass of the vehicle. Due to the back window being broken and a piece of what appeared to be Plexiglass was covering the back window and obstructing the tag. I heard Mr. Dalton state that it is not the correct tag for the vehicle, and he stated the correct tag for the vehicle was in the back seat and no longer valid, but it was not found during the search. Mr. Dalton was placed under arrest for CFR-261.10(p) possession of a controlled substance, CFR-261.10(Q) possession of drug paraphilia, CFR-261.12(g) for reckless driving, failure to maintain lane, no insurance, no registration, fictitious tag, failure to illuminate brake light, and

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2026
Date (mm/dd/yyyy)  Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident